# Order

January 13, 2015

150725(158)(159)(164)(165)

MARKELL VANSLEMBROUCK, Minor, by and
through ERIC BRAVERMAN, Conservator,
            Plaintiff-Appellee,
and

KIMBERLY A. VANSLEMBROUCK,
            Plaintiff,

v

ANDREW JAY HALPERIN, M.D., and WILLIAM
BEAUMONT HOSPITAL,
            Defendants-Appellants,
and

MICHIGAN INSTITUTE OF GYNECOLOGY
AND OBSTETRICS, P.C.,
            Defendant.
_____/

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150725
COA: 309680
Oakland CC: 2006-074585-NH

On order of the Chief Justice, the motions of the defendants-appellants for immediate consideration and to file an amended brief in support of the leave application that exceeds the page limit restriction of MCR 7.302(A) are GRANTED. The 75-page amended brief submitted on January 6, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2015

